IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ALESSA M. WILLIAMS,

    Plaintiff,

v.                                                    CASE NO. 1:07-cv-00137-MP-AK

MICHAEL J. ASTRUE,

    Defendant.

_____/

**O R D E R**

    This matter is before the Court on Doc. 17, Report and Recommendation of the Magistrate Judge, recommending that the decision of the Commissioner denying benefits be affirmed. The Magistrate issued the Report on Monday, November 17, 2008. The parties have been furnished a copy of the Report and have been afforded an opportunity to file objections. Pursuant to 28 U.S.C. § 636(b)(1), the Court must make a *de novo* review of those portions of the Report to which an objection has been made. Plaintiff has filed an objection at Doc. 18. Upon consideration of the Report and the objection thereto, the Court agrees with the Magistrate that the decision of the Commissioner denying benefits should be affirmed.

    As the Magistrate notes, Plaintiff has failed to explain how Plaintiff's obesity, combined with Plaintiff's other impairments, meets or is equivalent to any particular disability listing. Plaintiff's objection, which simply lists Plaintiff's other impairments, also fails to explain this. Because there is substantial evidence to support the Commissioner's findings, and for the

reasons stated in the Report, it is hereby

**ORDERED AND ADJUDGED:**

The Report and Recommendation of the Magistrate Judge, Doc. 17, is ADOPTED and incorporated herein.  The decision of the Commissioner denying benefits is AFFIRMED.

**DONE AND ORDERED** this   *17th* day of December, 2008

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge